UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS OKUN, INC.,

                    Plaintiff,

   -v-

PETER "RED" ROSITO, individually and d/b/a
PETER ROSITO FRUITS & VEG, a/o 18TH AVE.
FRUIT MKT.,

                    Defendants.

No. 08 Civ. 7092 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09

RICHARD J. SULLIVAN, District Judge:

By Order dated January 29, 2009, the Court directed Plaintiff to submit a supplemental affidavit in support of its application for a default judgment, providing additional detail and appending documentation in support of the claimed balance due. The Court has yet to receive Plaintiff's supplemental affidavit.

Accordingly, IT IS HEREBY ORDERED that, no later than April 3, 2009, Plaintiff shall submit the supplemental affidavit.

SO ORDERED.

Dated:     March 24, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE